

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

AUSTIN 11, TEXAS

ATTORNEY GENERAL

Hon. Tom C. King
State Auditor and
  Efficiency Expert
Austin, Texas

Opinion No. O-1663
Re: Authorization of institutions
of higher learning to expend moneys
for any purpose in which a "legis-
lator's party" could be embraced.

Dear Sir:

    We acknowledge receipt of your letter of November 2, 1939, the body of which reads as follows:

    "The audited accounts of one of the state institutions of higher learning for the fiscal year just ended show an expenditure, from funds derived from institutional receipts, in the amount of $624.00, for a 'legislators' party'. This represents expenses incurred in entertaining a group of legislators on a week-end visit to the school.

    "Your attention is directed to Article III, Section 48 of the Texas Constitution, and I respectfully request your opinion on the following questions:

    "(1) Was any school granted authority to spend moneys for any purpose in which this party could be embraced?

    "(2) If such a grant of authority was made, was it violative of the provisions above referred to, and/or any other controlling law?"

    The statutes contained in Chapters 1 to 10, inclusive, of Title 49, Vernon's Texas Statutes, apply to institutions of higher learning. An examination of the statutes therein contained reveals no authority for the expenditure of funds derived from institutional receipts for the purpose set out in your opinion request. Article 2654d, Ch. 9a, supra, states that the governing boards of the various institutions of higher learning shall have control of certain funds "in carrying out the functions of an educational institution." The expenditure under consideration could not be termed a function of an educational institution.

Chapter 444 of the Acts of the 45th Legislature. Regular Session, makes appropriation for the support and maintenance of State institutions of higher learning. Section 2 (a) of the act provides "that all balances in the institutional funds of the several State institutions named in this act . . . are hereby appropriated for the support, maintenance, operation and improvement of said State institutions during each of the said fiscal years, respectively." Subsection 3 of the general provisions of this act contains the following provision:

"Said governing boards are authorized to use out of the proceeds of said receipts and funds, in accordance with the provisions of this act, such amounts as they shall deem necessary for the support, maintenance, operation and improvement of said institutions." (Underscoring ours.)

It is clear from a casual examination of this appropriation bill that the Legislature had no intention of authorizing an expenditure for any purpose other than the maintenance, operation or improvement of the State institutions of higher learning. Since we therefore answer your first question in the negative, it becomes unnecessary to consider the second.

APPROVED JAN 12, 1940                    Yours very truly
/s/ W. F. Moore
FIRST ASSISTANT ATTORNEY GENERAL          ATTORNEY GENERAL OF TEXAS

APPROVED: OPINION COMMITTEE                By /s/ Ross Carlton
BY:       BWB, CHAIRMAN                     Ross Carlton, Assistant

RC:RS:wb